UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY CLARK BOLTON III,<br><br>Defendant. | No. CR24-5171-BHS<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property, seized from Defendant Gregory Clark Bolton III's person and residence on or about June 21, 2022 (collectively, the "Subject Property"):

    a.    one DPMS Panther Arms Mod AR-15 rifle, bearing serial number DKF915507;

    b.    one FN 509 9mm pistol, bearing serial number GKS0197765;

    c.    one Maverick Model 88 12-gauge shotgun, bearing serial number MV0082141;

    d.    one Heckler and Koch HK45 .45 cal. pistol, bearing serial number 216-023407; and

Final Order of Forfeiture - 1
*United States v. Bolton III,* CR24-5171-BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

  e. any associated accessories, magazines, and ammunition.

  The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS a Final Order of Forfeiture is appropriate for the following reasons:

  1. On September 18, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting Defendant's interest in it (Dkt. No. 57);

  2. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. of Crim. P. 32.2(b)(6)(C) (Dkt. No. 58), and sent direct notice, by means reasonably calculated to reach them, to all potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*See* Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture ¶ 2, Exhibits A–E);

  3. The United States has used all available efforts to provide notice to identified potential claimants, by means reasonably calculated to reach them (*See id.* ¶¶ 2-3 and Exhibits A–E); and

  4. The time for filing third-party claims has expired, and none were filed.

  NOW, THEREFORE, THE COURT ORDERS:

  1. No right, title, or interest in the Subject Property exists in any party other than the United States;

  2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

Final Order of Forfeiture - 2
*United States v. Bolton III,* CR24-5171-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 29th day of December, 2025.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

 s/ Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Bolton III,* CR24-5171-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970